UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO.:** 20-61025-civ-Altman/Hunt

NOUREDDIN MAHMOUD ABDULAAL,

   Plaintiff,

v.

BEAUTY DISCOUNT ZONE INC, A&A HAIR &
BEAUTY INC D/B/A DISCOUNT BEAUTY SUPPLY,
DALIA BEAUTY SUPPLY, INC. D/B/A BEAUTY
DISCOUNT, WIGS N BUNDLES INC, MUNZER M.
ALATTAR A/K/A MOUNZER ALATTAR, OMAR ALATTAR,

   Defendants.
_____/

**ELECTION AND CONSENT OF ASSIGNMENT OF ALL MATTERS, PROCEEDINGS
AND MOTIONS THROUGH AND INCLUDING TRIAL TO UNITED STATES
MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the parties to the above-captioned civil matter, by and through undersigned counsel, hereby voluntarily elect and consent to the assignment of all matters, proceedings and motions to United States Magistrate Judge, including Trial by a jury and the entry of final judgment thereon.

            Respectfully submitted by,

| | |
|---|---|
| Koz Law, P.A. | Law Offices of Daniel E. Tropp, Esquire |
| 320 S.E. 9th Street | 5750 Collins Ave Apt 4A |
| Fort Lauderdale, Florida 33316 | Miami Beach, FL 33140-2316 |
| Tel: (786) 924-9929 | Tel: 305-814-2035 |
| Fax: (786) 358-6071 | Fax: 305-672-2178 |
| Email: ekoz@kozlawfirm.com | Email: dantropp@bellsouth.net |
| | |
| */s/ Elliot A. Kozolchyk* | */s/ Daniel E. Tropp* |
| Elliot A. Kozolchyk, Esq. | Daniel E. Tropp, Esq. |
| Bar No.: 74791 | Bar No.: 948128 |
| Counsel for Plaintiff | Counsel for Defendants |

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on July 23, 2020 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

                                                */s/ Elliot A. Kozolchyk*
                                                Elliot Kozolchyk, Esq.

## **SERVICE LIST**

Daniel E. Tropp, Esq.
Law Offices of Daniel E. Tropp, Esquire
5750 Collins Ave Apt 4A
Miami Beach, FL 33140-2316
Tel: 305-814-2035
Fax: 305-672-2178
Email: dantropp@bellsouth.net

*Counsel for Defendants*